IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH D. SANDERS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | NO. 5:23-CV-00553-FL |
| | ) | |
| FIRST RECOVERY, LLC, and DYLAN BROOKS, | ) ) | |
| | ) | |
| Appellees. | ) | |

- - - - -

| | | |
|---|---|---|
| FIRST RECOVERY, LLC, and DYLAN BROOKS, | ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | NO. 5:23-CV-00584-FL |
| v. | ) | |
| | ) | |
| KEITH D. SANDERS, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

These matters are before the court upon the parties' consent motions, filed December 11, 2023, seeking the court to consolidate the above-captioned appeals and proposing that all future filings be made in No. 5:23-cv-553. (See Mot. Consolidate (No. 5:23-cv-553 DE 32); Mot. Consolidate (No. 5:23-cv-584 DE 31)). In its regular docket review, the court observed its failure earlier to address the motions, where good cause having been shown, they should be and now are ALLOWED.

The parties anticipated this ruling and have gone forward by making all filings in No. 5:23-cv-553. The court notes that briefing is complete, and the appeals are before this court for decision,

having been submitted by the clerk upon completion of briefing March 5, 2024, rendering the parties' request for determination of briefing deadlines a nullity. The clerk will file this order in both cases.

SO ORDERED, this the 19th day of March, 2024.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge

2

Case 5:23-cv-00553-FL   Document 39   Filed 03/19/24   Page 2 of 2