UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KEITH D. SANDERS ) | |
| ) | |
| Appellant, ) | |
| ) | **JUDGMENT** |
| v. ) | 5:23-CV-553-FL |
| ) | |
| FIRST RECOVERY, LLC, and ) | |
| DYLAN BROOKS ) | |
| Appellees ) | |
| ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 6, 2024, that this case is remanded for further proceedings and that the bankruptcy court's order is AFFIRMED as to the determination that 11 U.S.C. §523(a)(2)(A) renders the debt, if one exists, nondischargeable.

**This Judgment Filed and Entered on August 6, 2024, and Copies To:**

Ryan James Adams / William Forrest Braziel, III / Kathleen O'Malley (via CM/ECF Notice of Electronic Filing)
John S. Austin (via CM/ECF Notice of Electronic Filing)

August 6, 2024                    PETER A. MOORE, JR. CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk